UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V

SAMUEL WAYNE DAVIS           Case No.  05-279 (CKK)

_____

PRAECIPE

MADAM CLERK:

   Please enter the appearance of the undersigned in the above-referenced case as court-appointed counsel.

                        Respectfully submitted,

                        _____
                        Cynthia Katkish
                        601 Pa. Ave. NW
                        900S pmb 221
                        Washington, D.C. 20004
                        Bar No. 418876
                        202-639-8132
                        202-997-1386
                        Fax 202-639-2000