UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-279 (CKK) |
| | : | |
| v. | : | |
| | : | |
| SAMUEL DAVIS | : | |
| | : | |
| | : | |
| **Defendant.** | | |

### NOTICE OF ASSIGNMENT AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney, Amy Jeffress. This is a notice that Assistant United States Attorney, Steven B. Wasserman, Bar Number 453251, telephone number (202) 307-0031, is entering appearance as substitute counsel in this same matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
ASSISTANT UNITED STATES ATTORNEY
STEVEN B. WASSERMAN
Bar No. 453-251
555 4th Street, N.W., Room 4114
Washington, DC 20530
(202) 307-0031

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 8th day of August, 2005, a copy of the foregoing Notice of Assignment and Substitution of Counsel was electronically mailed to counsel for the defendant.

                                                                     _____
                                                                     STEVEN B. WASSERMAN
                                                                       Assistant United States Attorney