UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 05-279** |
| | : | |
| **SAMUEL DAVIS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated August 17, 2005, be made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO. 451058

_____
STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 453-251
NARCOTICS SECTION
(202) 307-0031

### Certificate of Service

I hereby certify that I caused a copy of the Notice of Filing to be served upon counsel for the defendant, Cynthia Katkish, Esq., at 601 Pennsylvania Avenue, NW, 900-S PMB 221, Washington, DC 20004, this 17th day of August, 2005.

_____
STEVEN B. WASSERMAN
Assistant United States Attorney