

**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

September 16, 2005

**By facsimile transmission to 202-208-7515**

Jonathan Jeffress, Esq.
Federal Public Defender's Service
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

      Re: <u>United States v. Samuel Davis</u>
         Case No. 05-279

Dear Mr. Jeffress:

  Please accept this letter as supplemental discovery in the above-referenced case. Enclosed is the following information:

• PD-860

  As you will note on the attached document, the Latent Fingerprint Section has determined that the fingerprints recovered were of no value. In the event that additional materials are obtained, the United States will provide these materials in accordance with the discovery rules. Please feel free to contact me at 202-307-0031 if you have any questions or concerns.

              Sincerely,

              KENNETH L. WAINSTEIN
              United States Attorney

         By: _____
            STEVEN B. WASSERMAN
            Assistant United States Attorney

cc: District Court Case File (without attachments)