

**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

September 19, 2005

**By facsimile transmission to 202-208-7515**

Jonathan Jeffress, Esq.
Federal Public Defender's Service
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

          Re:    <u>United States v. Samuel Davis</u>
                  Case No. 05-279

Dear Mr. Jeffress:

      Please accept this letter as supplemental discovery in the above-referenced case. Enclosed is the following information:

      •      Certified Report of Controlled Substance Analysis with attachments (DEA-7, Photo, and DEA-86

      In the event that additional materials are obtained, the United States will provide these materials in accordance with the discovery rules. Please feel free to contact me at 202-307-0031 if you have any questions or concerns.

                                  Sincerely,

                                  KENNETH L. WAINSTEIN
                                  United States Attorney

                    By:    _____
                                  STEVEN B. WASSERMAN
                                  Assistant United States Attorney

cc: District Court Case File (without attachments)