UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Judge Colleen Kollar-Kotelly |
| : | Criminal Action No. 05-279 |
| **SAMUEL W. DAVIS** : | |
| : | |
| Defendant : | |

ORDER

It is this 26th day of September 2005,

**ORDERED** that the Court hereby directs the Probation Office to prepare the criminal offense level and criminal history calculations of the sentencing guidelines for inclusion in a presentence report to be provided to the Court <u>by October 26, 2005</u>. Once the criminal offense level and the criminal history calculations for a presentence report in this case are completed, these calculations are to be shared with government's counsel and defense counsel.

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

Copies to:

Jonathan Jeffress, AFPD
Steven Wasserman, AUSA
United States Probation Office