## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 05-279 (CKK)** |
| | : | |
| **SAMUEL DAVIS,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

WHEREUPON, having considered the Government's Motion To Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(B), and any opposition thereto, it is hereby

**ORDERED**, that the Government's motion is GRANTED.

_____     _____
DATE                                                             COLLEEN KOLLAR-KOTELLY
                                                                         U.S. DISTRICT COURT JUDGE