UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | Criminal No.  05-279 (CKK) |
| v. | : | |
| | : | |
| SAMUEL DAVIS, | : | |
| | : | |
| Defendant. | : | |

### NOTICE OF APPLICABILITY OF ENHANCED PENALTIES
### AND INFORMATION CONCERNING DEFENDANT'S PRIOR CONVICTIONS

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, Samuel Davis, has been convicted of the following offenses:

| Offense | Case Number | Court/Jurisdiction | Date |
| --- | --- | --- | --- |
| Distribution of Marijuana | F-6336-98 | D.C. Superior Court | 5-8-00 |
| Possession of Marijuana | M-9710-05 | D.C. Superior Court | 6-5-96 |
| Possession of Marijuana | M-7728-95 | D.C. Superior Court | 6-5-96 |

The United States further informs the Court that the existence of any prior conviction(s) for a drug offense(s) as defined by Title 21, United States Code, Section 844(c), may subject the defendant to enhanced penalties under Title 21, United States Code, Section 844(a). The existence of two prior qualifying drug convictions subjects the defendant to a sentence of imprisonment of not less than 90 days, but no more than 3 years.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO. 451058

_____
STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 453-251
NARCOTICS SECTION
(202) 307-0031

## CERTIFICATE OF SERVICE

_____I HEREBY CERTIFY that a copy of the foregoing was caused to served upon the attorney for the defendant, Jonathan Jeffress, Esq., on this 30th day of September, 2005.

_____
STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY