IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Crim. No. 05-279 (CKK)** |
| ) | |
| **SAMUEL DAVIS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**O R D E R**

Upon consideration of the defendant's motion and any opposition by the government, it is this _____day of _____ 2005, hereby **ORDERED** that the government disclose to the defendant's attorney the identity and address of the Confidential Informant ("CI") in this case. In the alternative to providing the identity and address of the CI, the government may arrange an interview between defendant's counsel and the CI to occur at least ten days prior to trial.

BY THE COURT:

_____
Honorable Colleen Kollar-Kotelly
United States District Court Judge

Steve Wasserman, AUSA
Jonathan Jeffress, AFPD