UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 05-279 (CKK) |
| SAMUEL DAVIS, | ) ) ) | |
| Defendant. | ) ) | |

NOTICE OF FILING

Defendant Samuel Davis, through undersigned counsel, hereby respectfully submits the attached exhibit, which should have been filed as Exhibit A to Mr. Davis's Motion for Production of <u>Roviaro</u> and <u>Brady</u> Material.

Respectfully submitted,
A.J. Kramer
Federal Public Defender

/s/
_____
Jonathan S. Jeffress
<u>Counsel for Samuel Davis</u>
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500 x.134