# Metropolitan Police Department
## WACIIS Investigative Supplement Report

Supplement Number **NS05-8/1**                         Report Date **07/04/2005**

### Supplement Report Information
| | |
|---|---|
| Number | NS05-8/1 |
| Date | 7/4/2005 |
| Type Of Report | PD854 INVESTIGATIVE REPORT |
| Description | EXECUTION OF SEARCH WARRANT |
| Occurence Date | 6/29/2005 |
| Detective | QUIGLEY, LAVINIA A (D2-267) |

### Synopsis
ON JUNE 29, 2005, THE UNDERSIGNED RECIEVED AN UNNUMBERED SEACH WARRANT AT 2201A 14TH STREET NORTHEAST, FOR VIOLATION OF NARCOTIC AND FIREARM LAWS OF THE DISTRICT OF COLUMBIA.

### Narrative
ON JUNE 29, 2005, MEMBERS OF THE MAJOR NARCOTIC BRANCH EXECUTED AN UNNUMBERED SUPERIOR COURT SEARCH WARRANT ON THE PREMISES OF 2201 A 1TH STREET NORTHEAST, WASHINGTON, D.C., FOR VIOLATIONS OF THE NARCOTIC AND FIREARMS LAWS OF DISTRICT OF COLUMBIA. A SEARCH OF THE PREMISES RESULTED IN THE SEIZURE OF ONE 45 CALIBER HANDGUN WITH SEVEN ROUNDS IN THE CLIP, ONE BOX OF 45 CALIBER AMMUNITION, GREEN WEED SUBSTANCE, LOOSE WHITE ROCKLIKE SUBSTANCE, $916 IN UNITED STATES CURRENCY, TWO SCALES, PERSONAL PAPERS AND EMPTY ZIPLOCKS.
UPON ENTRY THE DEFENDANT WAS OBSERVED BY DETECTIVE DESSIN EXITING THE ENTRY DOOR TO THE SHED. THE DEFENDANT DAVIS, SAMUEL WAYNE, WAS PLACED UNDER ARREST AND ADVISED OF HIS RIGHTS AND TRANSPORTED TO THE FIFTH DISTRICT AND PROCESSED.

### Supplement Subject #1, Defendant #1, Davis, Samuel Wayne

#### Primary Information
| | |
|---|---|
| Record Type | PERSON |
| Subject Name | DAVIS, SAMUEL WAYNE |
| Race | BLACK |
| Sex | MALE |
| Birth Date | 04/08/1956 |
| Age | 49 |
| Juvenile | NO |

#### Subject - DAVIS, SAMUEL WAYNE - Personal Description
| | |
|---|---|
| Ethnicity | AMERICAN |
| Height | 507 |
| Weight | 145 |
| Eye Color | BROWN |
| Hair Color | BLACK |
| Complexion | MEDIUM |

#### Subject - DAVIS, SAMUEL WAYNE - Related Addresses
| Address | Building | Unit | City | State | Relationship |
|---|---|---|---|---|---|
| 2201A 14TH ST NE | | | Washington | DC | HOME ADDRESS |

#### Subject - DAVIS, SAMUEL WAYNE - Criminal Profile
| | |
|---|---|
| Police ID Number | 444090 |

*Continued On Next Page*

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel

LQUIGLEY 07/08/2005 10:22 PM

## Metropolitan Police Department
### WACIIS Investigative Supplement Report

| | | |
|---|---|---|
| Supplement Number **NS05-8/1** | Report Date | **07/04/2005** |

*Continued From Previous Page*

### Supplement Subject #1, Defendant #1, Davis, Samuel Wayne

### Supplement Address #1, Premise Searched #1, 2201a 14th St Ne

#### Primary Information
- Address: 2201A 14TH ST NE
- City Name: Washington
- State: DISTRICT OF COLUMBIA
- Country: UNITED STATES
- Comment: Comment

#### Record Status Information
- Record Origination Operator: QUIGLEY, LAVINIA A (D2-267)
- Record Origination Date: 07/04/2005 10:58:56
- Last Update Operator: QUIGLEY, LAVINIA A (D2-267)
- Last Update Date: 07/08/2005 22:22:03

| Investigator | Date | Supervisor | Date |
|---|---|---|---|
| QUIGLEY, LAVINIA A (D2-267) | | | |

This report is the property of the Metropolitan Police Department. Neither it or its contents may be disseminated to unauthorized personel