# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## SEARCH WARRANT

TO: **CHIEF OF POLICE, METROPOLITAN POLICE DEPARTMENT OR ANY AGENT THEREOF.**
(Specific Law Enforcement Officer or Classification of Officer of the Metropolitan Police Department or other Authorized Agency)

Affidavit, herewith attached, having been made before me by  **Detective Lavinia A. Quigley**
_____ that he has probable cause to believe that on the (~~person~~) (premises) (~~vehicle~~) (~~object~~) known as **2201A 14th Street, N.E., Washington, D.C., which is a red-brick, multi-story, attached row-house with a white front door with numerals and letter "2"2"0"1"A" attached to the door in black. In the rear of the premises, attached to the structure of the row-house's wood rear deck is a light-colored shed with a light-colored door covered with a metal security door. This application is for a warrant to search both the house and shed.** in the District of Columbia, there is now being concealed certain property, **Narcotics, evidence of the manufacturing and packaging Relating to the distribution of narcotics, proof of ownership of occupancy of the premises, records relating to the accumulation of the disposition of assets derived from narcotic trafficking and proceeds of narcotic sales and firearms.**

which is  **A violation of 48 DC section 904.1**  and as I am satisfied
(Alleged grounds for seizure)

that there is probable cause to believe that the property so described is being concealed on the above designated (~~person~~) (premises) (~~vehicle~~) (~~object~~) and that the foregoing grounds for issuance of the warrant exist.

YOU ARE HEREBY AUTHORIZED within 10 days of the date of issuance of this warrant to search in ~~the daytime~~/at any time of the day or night, the designated (~~person~~) (premises) (~~vehicle~~) (~~object~~) for the property specified and if the property be found there.

YOU ARE COMMANDED TO SEIZE IT, TO WRITE AND SUBSCRIBE an inventory of the property seized, to leave a copy of this warrant and return to file, a further copy of this warrant and return with the Court on the next Court day after its execution.

Issued this **29th** day of **June**, 20 **05**  _____ Judge, Superior Court of the District of Columbia

[Margin notes: "M.L 2005014658 6/29/05"; "OK Dass/illegal, AUSA"]

## RETURN

I received the above detailed warrant on **June 29,** 200**5** and have executed it as follows:
On **June 29**, 200**5**, at **1802 hrs** ~~A~~**P**. M., I searched the (~~person~~) (premises) (~~vehicles~~) (~~object~~) described in the warrant and left a copy of the warrant and return with **Samuel Davis/left on scene** properly posted.
(Name of person searched or owner, occupant, custodian or person present at place of search)

The following is an inventory of the property taken pursuant to this warrant:
**One safe, one .45 caliber handgun, box of ammunition, loose white rocklike substance, greenish weed substance, digital scale, triple beam scale, personal papers, mail matter, holster, crack pipes, $917 in U.S. currency, empty ziplocks, razors, portfolio, ID's, mirrors, keys, MPDC flashlight, pictures**

This inventory was made in the presence of **Quigley, Copeland, Hansohn, Greene, McNamera, Washington, Green, Delpo, Figeroa**

I swear that this is a true and detailed account of all property taken by me under this warrant.
_____ Executing Officer

Subscribed and sworn to before me this **8th** day of **July**, 20 **05**
_____ R. Wert__ Judge, Superior Court of the District of Columbia

Form CD(17)-1055 / Mar. 89
9-2794 wd-234