IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Crim. No. 05-279 (CKK) |
| ) | |
| **SAMUEL DAVIS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

Upon consideration of defendant's motion to suppress, it is hereby

**ORDERED** that defendant's motion is **GRANTED**.

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

DATE:

Steve Wasserman, AUSA
Jonathan Jeffress, AFPD