UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal Case No. 05-279 (CKK)** |
| : | |
| **SAMUEL DAVIS,** : | |
| : | |
| **Defendant.** : | |
| _____: | |

**ORDER**

Based upon the Defendant's Motion for Production of <u>Rovario</u> and <u>Brady</u> Material and the government's oppositions thereto, it is this

_____ day of _____, 2005, hereby

**ORDERED** that the Defendant's Motion for Production of <u>Rovario</u> and <u>Brady</u> Material be DENIED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge