EXHIBIT 1: <u>Washington Post</u> Article, Metro Section, 8/13/05

**Commander Demoted D.C. police demoted and transferred the commander of the department's major narcotics branch yesterday after Internal Affairs detectives uncovered administrative irregularities within the unit, police officials said.**

**Mark Beach was demoted from commander to captain, and he was reassigned to the department's 2nd District. A captain and three lieutenants from Beach's branch were also reassigned. Beach could not be reached for comment yesterday.**
**Internal Affairs detectives are focusing on problems with how the unit's members logged and tracked property, police said.**
**Police officials described the internal investigation as administrative. The move forced a reshuffling among others in the command ranks.**
**Cmdr. Thomas McGuire of the 1st District will take over for Beach. Inspector Diane Groomes of the 3rd District was promoted to commander and will take over the 1st District. Capt. Patrick Burke was promoted to inspector and assigned to work in the 3rd District.**

**Compiled from reports by staff writers.**