CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, D.C. 20001

October 24, 2005

UNITED STATES OF AMERICA

v.                                                                  Criminal No. **05cr279**

**SAMUEL W. DAVIS**

### CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court as set out below:

| | |
|---|---|
| CASE SET FOR: | STATUS CONFERENCE |
| DATE: | NOVEMBER 28, 2005 |
| TIME: | 11:30 A.M. |
| JUDGE: | COLLEEN KOLLAR-KOTELLY |
| COURTROOM: | NO. 11 |

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

By: _____/s/_____ (for Dorothy Patterson)
Deputy Clerk

cc:   Chambers
      File
      Courtroom Clerk
      Jonathan Jeffress, Esq.
      Steven Wasserman, AUSA
      Pretrial Services