UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 05-279 (CKK)** |
| | : | |
| **SAMUEL DAVIS,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER**

Based upon the Defendant's Motion to Compel Production of <u>Brady</u> and <u>Giglio</u> Material and the government's oppositions thereto, it is this

_____ day of _____, 2005, hereby

**ORDERED** that the defendant's motion be DENIED.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge