WARRANT FOR ARREST

CO-180 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>SAMUEL W. DAVIS<br>DOB:          PDID#: | DOCKET NO: 05cr279    MAGIS. NO:<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>SAMUEL W. DAVIS<br><br>FILED<br>NOV 0 4 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| WARRANT ISSUED ON THE BASIS OF: Order of Court | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year  18 USC 922(g)(1)

Simple Possession of a Controlled Substance  21 USC 844(a)

IN VIOLATION OF:  UNITED STATES CODE TITLE & SECTION: 18 U.S.C. 922(g)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE:<br>Held Without Bond | |
|---|---|---|
| ORDERED BY:<br>Judge Colleen Kollar-Kotelly | JUDGE/MAGISTRATE JUDGE | DATE ISSUED:<br>October 27, 2006 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>[signature] James Patterson<br>RETURN | DATE:<br>October 27, 2006 |

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>10-27-05 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN MCLEOD<br>SDUSM | SIGNATURE OF ARRESTING OFFICER<br>Sean McLeod |
|---|---|---|
| DATE EXECUTED<br>11-4-05 | | |

1084267