UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

SAMUEL W. DAVIS,

    Defendant.

Criminal Case No. 05–279 (CKK)

**ORDER**
(November 28, 2005)

Upon consideration of the representations put forth by both the Defendant and the Government, and for good cause shown, it is this 28th day of November, 2005, hereby

ORDERED that the Metropolitan Police Department (MPD) is to provide to this Court, for *in camera* review, information as to whether the following MPD officers are the subject of an ongoing MPD internal investigation of administrative irregularities at the Major Narcotics Branch in the processing of prisoner property and evidence (including firearms):

1. Lavinia Quigley - D1-114
2. Scott Brown - D2-398
3. Rene Dessin - D2-198
4. David Dessin - D2-179
5. Jeffrey Bruce - 1191
6. James Greene - 950
7. Kirk Delpo - D2-149
8. Edward Hansohn - 2350

9.   Kevin Copeland - D2-220

10.  Aubrey Mongal - L-082

11.  Pablo Figueroa - S-131

12.  Wayne Gerrish - 2936

13.  Dennis Gheen - 874

14.  Jason Pearce - 2095

FURTHER ORDERED that this information should be delivered directly to Chambers in a sealed enveloped on or before Friday, December 2, 2005, at 1:00 p.m.

                                                /s/
                                     COLLEEN KOLLAR-KOTELLY
                                     United States District Judge