UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMUEL W. DAVIS,<br><br>    Defendant. | Crim. No. 05–279 (CKK) |

**ORDER**
(December 2, 2005)

The Court received a copy of the information requested from the Government in its Order of November 28, 2005, and has deemed that a status hearing is necessary prior to the motions hearing scheduled for December 19, 2005.  The documentation that the Court received from the Government indicated that more than one of the Metropolitan Police Department (MPD) officers listed in the Court's November 28, 2005 Order is the subject of an ongoing MPD internal investigation.  The Court will require the Government to indicate at the status hearing whether any of the individuals on the list that were indicated to be subject to the MPD investigation are intended to testify at either the motions hearing or trial in this case and/or are involved in the chain of custody of the evidence in this case.  Furthermore, the Court proposes that the Government share the names of the MPD officers under review with Defense counsel such that Defense counsel can determine if any of the said individuals are key to their defense, which can be done under seal rather than publicly filed.

It is accordingly this 2nd day of December, 2005, hereby

ORDERED that the Parties shall appear before the Court on December 13, 2005, at 2:00 p.m. in Courtroom 28.

>                          /s/
> COLLEEN KOLLAR-KOTELLY
> United States District Judge