UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | Crim. No. 05-279 (CKK) |
| SAMUEL DAVIS, | ) | |
| Defendant. | ) | |

### DEFENDANT SAMUEL DAVIS'S UNOPPOSED MOTION FOR RELEASE INTO DRUG TREATMENT PROGRAM

Mr. Samuel Davis, the defendant, through undersigned counsel, respectfully submits this Unopposed Motion for Release Into Drug Treatment Program. For the reasons stated below, the Court should release Mr. Davis into an inpatient drug treatment program under the direction of Pretrial Services.

As ground for this motion, counsel states:

1.   Mr. Davis is charged by Indictment with one count of unlawful possession of a firearm by a person convicted of a crime punishable by a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1), and two counts of simple possession of a controlled substance, in violation of 21 U.S.C. § 844(a). The principal allegation is that Mr. Davis was storing a pistol in a safe located in a storage shed on his property. The next Court date in this matter is a status conference on Tuesday, **December 13, 2005 at 2:00 pm**.

2.   Mr. Davis was born on April 8, 1956, and is currently 49 years old. He is an Army veteran and, other than his years in the service, a lifelong resident of the District of Columbia. Mr. Davis works as the caretaker for several properties in the D.C. area, including a

farm in Virginia. Mr. Davis's caretaking activities require gardening, home repair and other physically strenuous activities.

3.  Mr. Davis acknowledges that he has a longstanding drug problem that requires in-depth treatment. Mr. Davis also acknowledges that although he made some efforts at entering into the New Directions program, he let other matters take priority, including his work as a caretaker and his prospective hernia surgery.

4.  Mr. Davis was scheduled for hernia surgery at the Department of Veterans Affairs in November. See Ex. A (notice of surgical preoperative evaluation scheduled for November 9, 2005). Because he failed to show up to enter the New Directions Program, however, the Court issued a bench warrant for Mr. Davis on October 27. He was arrested on November 4. Mr. Davis was released on P.R. and then voluntarily appeared in Magistrate Court on November 7. On November 8, his bond was revoked and he was held without bond. As a result, Mr. Davis did not obtain his hernia surgery.

5.  Based upon counsel's recent visits with Mr. Davis at D.C. Jail, two things are apparent. First, as a result of his incarceration, Mr. Davis does not engage in physical activity, as he did when working as a caretaker. As a result, he no longer feels pain in his hernia and hernia surgery is not immediately required.

Second, Mr. Davis is now committed to succeeding in a drug treatment program. He recognizes his need for treatment and asks that the Court provide him with an opportunity to enter directly from the D.C. Jail into the New Directions program.

6.  Undersigned counsel contacted AUSA Steve Wasserman concerning this request. The government does not oppose this request.

**WHEREFORE**, for the foregoing reasons, Mr. Davis respectfully moves this Honorable Court to release him from the D.C. Jail into a residential drug treatment program, at the direction of Pretrial Services. Mr. Davis notes that his release order can be signed at the status conference on December 13, 2005.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Counsel for Samuel W. Davis
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20001
(202) 208-7500