

**DEPARTMENT OF VETERANS AFFAIRS**
Medical Center
50 Irving Street NW
Washington DC 20422

In Reply Refer To:

### SURGICAL PREOPERATIVE EVALUATION

You have an appointment on Wednesday __11-9-05__ at 8:15am for the Surgical Preoperative Evaluation Clinic. The clinic is located on the 2nd **FLOOR**. (Go past Urology Desk) **LOOK FOR THE SIGN THAT READS: 2B SURGICAL CLINICS**

- During this appointment you will be directed to various areas in preparation for your surgical procedure.

- You do not need to fast for these tests, so **please have breakfast** before reporting.

- If you take medication, take your medication at the normal times.

- You should plan to be in the outpatient clinic for 3-4 hours.

- **You will not have your surgical procedure at this time.** At the end of the day the Clinic Coordinator will give you a date for your surgical procedure.

- If you are unable to keep this appointment or if you have any questions regarding the appointment, call either of the Clinic Coordinators.

La Tara Miller C-FNP

Or

Charlie Roessler RN
202-745-8348