UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No. 05-279 (CKK) |
| SAMUEL DAVIS, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon consideration of defendant's Unopposed Motion, and finding good cause shown, it is this _____ day of _____, 2005, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Mr. Samuel Davis be released from D.C. Jail into a drug treatment program at the direction of Pretrial Services.

_____
The Honorable Colleen Kollar-Kotelly

Copies to:

Jonathan Jeffress, FPD
Steve Wasserman, AUSA
U.S. Marshals
General Counsel, D.C. Jail
Nicole Green, Pretrial Services