**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**PRETRIAL SERVICES AGENCY**
New Directions Intensive Drug Treatment and Supervision Program
300 Indiana Ave., N.W., Suite 1136, Washington, D.C. 20001

PDID # 444-090                                                    DOCKET # R 05-279

**United States of America**

v.

Samuel Davis

2/832-0499

| Defendant's Name | Defendant's Address | Defendant's Telephone # |

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW: THESE CONDITIONS WILL BE IN EFFECT UNTIL YOUR CASE IS DISPOSED OF, OR UNTIL THEY ARE CHANGED OR AMENDED BY A JUDICIAL OFFICER.**

FILED

DEC 14 2005

| | |
|---|---|
| **Personal Recognizance** | You have been released on your personal promise to appear at all scheduled hearings and trials and as ordered by the Court. |
| **PRETRIAL SERVICES AGENCY** | You have been released under the supervision of the D.C. Pretrial Services Agency. You are to abide by all of the rules and regulations of the NEW DIRECTIONS INTENSIVE DRUG TREATMENT AND SUPERVISION PROGRAM, including reporting to Pretrial Services, drug testing and/or treatment. You are to report to the PRETRIAL SERVICES AGENCY, 300 Indiana Ave., NW, Suite 1136 IMMEDIATELY, for program orientation and further instructions. |
| **Substance Abuse** | You are being released on the condition not to use any *alcohol or illegal drugs*. You may be transported to a PSA-contracted residential treatment facility upon completion of program orientation where you will remain a minimum of 30 days before being transferred to the intensive outpatient (community) phase of the program. If your substance abuse assessment indicates that you do not need to complete the residential phase of treatment, you will be placed directly into the intensive outpatient (community) phase of treatment. While at the residential treatment facility, and during the community phase of the program, you will be subject to random and regular testing for drugs and alcohol. If you test positive, fail to appear for testing, fail to submit a sample, submit a sample that is insufficient for testing, you shall be subject to the following sanctions: |
| | First violation:                One week extension of the residential phase or a minimum two-week placement in the residential phase if currently in the intensive outpatient (community) phase of treatment (case manager imposed); |
| | Second & Subsequent violations:                Recommendation for long-term residential placement, increased supervision or revocation of release conditions. |
| | In some circumstances, Pretrial staff or the Court may refer you to self-help groups (e.g., AA, NA, etc.), detoxification, mental health treatment, or long-term residential treatment instead of or in addition to the above sanctions. **Failure to appear for a sanction, detoxification, or treatment activity will result in a bench warrant being issued for your arrest.** |
| **Treatment Program Compliance** | You are to report to all appointments and activities as directed by the program. You will be required to make up every late arrival, early departure, and/or absence from groups and treatment activities to include attending additional group meetings on Saturday. In some circumstances, program staff may allow you to attend evening sessions, or self-help groups (e.g., AA, NA, etc.) to make up non-attendance. |
| **You are ordered to:** | ☐ STAY AWAY FROM and have NO CONTACT (in person, by mail, telephone or through third parties) with: _____<br><br>☐ Stay within the D.C. metropolitan area. |
| **You are to:** | ☐ Live at: _____<br><br>☐ Verify your address with D.C. Pretrial Services Agency, 300 Indiana Ave., NW, Suite 1136 within 24 hours of your release.<br><br>☐ Comply with a curfew imposed at _____ from _____ P.M. To _____ A.M. |
| **You are to report to:** | ☐ Probation Office on _____ ☐ Parole Office on _____ ☐ Other _____ |
| **You must** | Refrain from committing any criminal offense, and comply with all imposed conditions of release, or you shall be subject to additional proceedings pursuant to D.C. Code 23-1329, the penalties for which are explained on the reverse side of this order. |
| **Other** | The attached contract and waiver, dated 12/13/05 is incorporated herein. |

| **Next Due Back** | On DEC 16 '05 In Courtroom #28 At _____ A.M./P.M.<br>If you have any questions about the date, time or location, call the PRETRIAL SERVICES AGENCY at (202) 220-5666. | Your Attorney Mr. Jeffers<br>Address 2/208-7500<br>Telephone #<br>Bar# |

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release. I agree to comply with the conditions of my release and to appear as required.

Defendant's signature (X) _____

Witnessed by _____          (Title or Agency) PSA

**IMPORTANT:**    You are to notify immediately the D.C. Pretrial Services Agency, 300 INDIANA AVE., NW, Room 1136 (202) 585-7200, of any change of address, employment or change in status of any release condition(s).

So ordered

Date Dec 14 2005                                    _____
                                                    Signature of Judicial Officer

FILED

DEC 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*New Directions Intensive Drug Treatment and Supervision Program*
*Treatment and Sanctions Contract*

I agree to enter the New Directions Intensive Drug Treatment and Supervision Program. In that program, I will receive residential and/or intensive outpatient treatment in the form of group and individual counseling, education, detoxification, and referrals to other agencies as my substance abuse needs require. As part of the treatment, I will submit to all random and scheduled drug testing. I understand that to complete the program successfully, I must be drug free for a minimum of six consecutive months.

Following the initial residential portion of the program and/or during intensive outpatient treatment, my testing schedule will be Mondays and Thursdays or as directed by the Superior Court/New Directions Program. If a designated Pretrial Services Agency holiday falls on either of these days, I am excused from testing. On Mondays and Thursdays, I will report to DTM DC Superior Court and submit my urine (or oral fluid) for testing. On the evening of the day that I am required to test, I must call back for my test results between the hours of 4-5pm or 7-9pm p.m. If I fail to appear for a test, test positive, fail to submit a sample, submit a sample insufficient for testing, or fail to follow program requirements, I will be subject to sanctioning. In return for the benefits of treatment that I will receive in the New Directions program, I agree to the following sanctions if I violate drug-testing requirements:

First violation:                      One-week extension of the residential phase or a minimum two-week placement in the residential phase if currently in the intensive outpatient (community) phase of treatment (case manager imposed).

Second & Subsequent violations:       Recommendation for long-term residential placement, increased supervision or revocation of release conditions.

If I commit two or more drug testing violations, I must report to my assigned Case Manager for a court hearing when scheduled. At that hearing, I will be represented by my attorney or, if my attorney is not available, by an attorney appointed as a substitute. I will have the opportunity to testify and may call and cross-examine witnesses at the hearing. In addition to drug testing sanctions, I will also be held accountable for my attendance in the program. Since I cannot benefit from treatment if I am not present, I understand that I will have to make up every late arrival, early departure, and absence from groups or other treatment activities in order to progress through the program's treatment phases. I understand that to make-up for missed groups and treatment activities I may be required and agree to attend Saturday classes.

In some circumstances, program staff or the Court may refer me to self-help groups (e.g., AA, NA, etc.), detoxification, long-term residential treatment, or mental health treatment instead of or in addition to the above sanctions. If I fail to appear for drug testing, imposition of a sanction, detoxification, or treatment activity, a bench warrant will be issued for my arrest.

FILED

DEC 1 4 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### *New Directions Intensive Drug Treatment and Supervision Program*
### *Treatment and Sanctions Contract – Page Two*

I also understand that at any time, I may withdraw from the program and that, if I do so, I will not be subject to the sanctions listed above. I will, however, still be subject to contempt of court or revocation of conditions of release for any violation of my release conditions. In addition, the Court may, instead of imposing a sanction, discharge me from the program for violation of conditions of release, and upon discharge, hold me in contempt of court or revoke my conditions of release.

My conditions of release are a court order, not just a contract. Failure to appear for drug testing, possessing illegal drugs, submitting a bogus urine sample, failing to submit a urine sample, failing to report to any treatment appointments and activities as directed by the New Directions Program, failing to follow residential treatment facility rules and any other violations of law are violations of my conditions of release. Upon violation of a condition of release, the law provides that I can be deprived of my liberty only by being held in contempt of court or having my conditions of release revoked.

I can be found in contempt of court only after the Court finds beyond a reasonable doubt, after a hearing at which I may call and cross-examine witnesses, that I have willfully violated a condition of release.

My conditions of release can be revoked only if, after a hearing at which I can call and cross-examine witnesses, the Court finds that I have violated a condition of release and that there are no conditions or combination of conditions of release that will reasonably assure my appearance at court when required and the safety of the community or any other person.

By entering the New Directions Intensive Drug Treatment and Supervision Program, I expressly agree that New Directions or the Court may impose on me the sanctions set forth above in place of holding me in contempt or revoking my conditions of release. In agreeing to submit to the sanctions set forth above, I expressly give up my right to have my liberty restrained only upon a finding of contempt of court or by revocation of conditions of release.

I have discussed the New Directions Intensive Drug Treatment and Supervision Program and other legal options available to me with a program representative and with my attorney and I willingly agree to enter the program.

_____
Defendant's Signature

_____
Defense Counsel's Signature

12-13-05
Date

12/13/06
Date