UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **05-279 (CKK)** |
| | : | |
| v. | : | VIOLATIONS:  18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| **SAMUEL W. DAVIS,** | : | Ammunition by a Person Convicted of a Crime |
|     **Defendant.** | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 22 D.C.C. §4504(a) |
| | : | (Carrying a Pistol Without a License) |

### S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney informs the Court:

#### COUNT ONE

On or about June 29, 2005, within the District of Columbia, **SAMUEL W. DAVIS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F-4423-95, did unlawfully and knowingly receive and possess a firearm, that is, an Auto Ordnance Corp. .45 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .45 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about June 29, 2005, within the District of Columbia, **SAMUEL W. DAVIS**, previously having been convicted of a felony or a violation of this section, did carry, openly and concealed on or about his person, a pistol, without a license issued pursuant to law.

(**Carrying a Pistol Without a License, in** violation of Title 22 D.C. Code, Section 4504(a) (2001 ed.))

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058

By: _____
STEVE WASSERMAN
Assistant United States Attorney
Bar No. 453-251
Federal Major Crimes Section
555 4th Street, N.W., 4TH Floor
Washington, D.C. 20530
(202) 307-0031
steve.wasserman@usdoj.gov