AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF _____

**FILED**
DEC 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.
Samuel W. Davis

**WAIVER OF INDICTMENT**

CASE NUMBER: 05-279 (CKK)

I, _Samuel W. Davis_, the above named defendant, who is accused of

CPWOL

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___12/22/05___ prosecution by indictment and consent that the
                                            Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judicial Officer