UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff : | CRIMINAL NO. 05-279 |
| : | Judge Colleen Kollar-Kotelly |
| vs. : | |
| : | |
| SAMUEL W. DAVIS : | |
| : | |
| Defendant : | |

### ORDER

That the U.S. Probation Department shall prepare and file a pre-sentence report for SAMUEL W. DAVIS, by no later than MARCH 10, 2006 ; and it is

FURTHER ORDERED that the parties shall file Memorandum in Aid of Sentencing, by no later than MARCH 17, 2006; and it is

FURTHER ORDERED that the defendant shall be sentenced in Courtroom #28A on APRIL 11, 2006 AT 9:00 A.M.

IT IS SO ORDERED,

Date: Jan. 2, 2006

Colleen Kollar-Kotelly
United States District Judge

cc: Chambers
    File
    Pretrial
    Probation
    Steven Wasserman AUSA
    Jonathan Jeffress, AFPD