UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal Action No. **05-279** |
| | : Judge Colleen Kollar-Kotelly |
| **SAMUEL W. DAVIS** | : |
| Defendant | : |

## SHOW CAUSE ORDER

On December 16, 2005, Defendant Samuel W. Davis was released pending sentencing under the supervision of the Pretrial Services Agency, and was Court Ordered to participate in The New Directions Intensive Drug treatment and Supervision Program following his short-term residential treatment at the Second Genesis Residential Treatment Center. On February 23, 2006, the Court received a *Loss of Contact Report* from the Pretrial Services Agency stating that Mr. Davis has violated the conditions of his pre-sentence release by failing to report to The New Directions Program on February 8, 2006. (See attached report.)

Accordingly, it is this 23 day of February, 2006, hereby

**ORDERED**, that SAMUEL W. DAVIS appear before Judge Colleen Kollar-Kotelly on February 28, 2006, at 9:00 a.m., Courtroom #28-Annex, to SHOW CAUSE why his pre-sentence release should not be revoked.

_____
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:

Jonathan Jeffress, AFPD
Steven Wasserman, AUSA
Leontyne Fredericks, PSO