UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 05-279 (CKK) |
| | : | |
| SAMUEL DAVIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following memorandum to assist the Court in issuing an appropriate sentence in this case.

1. Pursuant to a plea agreement, the defendant pled guilty on December 22, 2005, to Carrying A Pistol Without A License After A Felony Conviction, in violation of D.C. Code § 22-4504(a)(2).

2. Based upon the defendant's prior criminal convictions, he is correctly placed in criminal history Category D under the District of Columbia voluntary sentencing guidelines.

3. Based upon the Offense Group of 8 and a criminal history Category D, the guideline range for imprisonment is 18-36 months.[1]

4. The defendant is 49 years old, with seven adult criminal convictions, including several convictions involving the distribution of narcotics and a weapons offense. He acknowledged at the

---

[1] It is the Government's position that this guideline range is in a "prison only box," thereby precluding a "short-split" sentence under which the defendant would be eligible for a partially suspended sentence and a term of probation. Paragraph 41 of the draft Presentence Investigation Report states that the applicable guideline range allows for a short-split sentence. The Government filed an objection to this portion of the report, but had not yet received a response from the report writer at the time it filed the instant sentencing memorandum.

time of his plea to possessing a loaded .45 caliber handgun as well as user amounts of crack cocaine and marijuana.

5. During the course of his release in this matter, the defendant has continuously failed to comply with the Court's release conditions, including failure to report to the Pretrial Services Agency and testing positive for the use of illicit substances. Based upon the defendant's poor performance while under pre-trial supervision and his prior criminal history, he does not appear to be a good candidate for community supervision. Accordingly, the government respectfully requests that this Court impose a sentence within the middle of the sentencing guidelines range.

6. The government also requests that the defendant be placed on a period of supervised release.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO. 451058

_____
STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 453-251
FEDERAL MAJOR CRIMES SECTION
(202) 307-0031

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Government's Memorandum in Aid of Sentencing is to be served upon counsel for the defendant, Jonathan Jeffress, Esquire, this 17th day of March, 2006.

_____
STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY