UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.   05cr279 |
| | : | Judge Colleen Kollar-Kotelly |
| SAMUEL W. DAVIS | : | |
| Defendant | : | |
| | : | |

## ORDER

The U.S. Probation Department shall finalize and file the pre-sentence report for

SAMUEL W. DAVIS by no later than APRIL 3, 2006; any supplement to the parties'

memoranda of law shall be filed by no later than APRIL 5, 2006; and it is further

ORDERED that the defendant shall be sentenced on APRIL 11, 2006, at 9:00 a.m. in

Courtroom 28A in the Annex.


3/31/06
_____
Date

_____
JUDGE COLLEEN KOLLAR-KOTELLY
United States District Judge

cc:     Chambers
        Courtroom Clerk
        Jonathan Jeffress, Esq.
        Steven Wasserman, AUSA
        Pretrial Services
        U.S. Probation Office