IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 05-279 (CKK) |
| | ) |
| SAMUEL W. DAVIS, | ) |
| | ) |
| Defendant. | ) |

### ERRATA

      Defendant Samuel W. Davis, through undersigned counsel, respectfully submits the attached exhibits to his Memorandum in Aid of Sentencing.

                                                                                                   Respectfully submitted,

                                                                                                   _____
                                                                                                   Jonathan S. Jeffress, AFPD
                                                                                                   Counsel for Samuel W. Davis
                                                                                                   625 Indiana Avenue, N.W.
                                                                                                   Suite 550
                                                                                                   Washington, D.C. 20004

                                                                                                   (202) 208-7500, ex. 134