DAVIS, Samuel W.                                                    **Page 18**

THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :     Docket No.: 05-279-01

                 vs.            :

                             :

       Samuel W. Davis         Disclosure Date: March 6, 2006

# FILED

## APR 1 1 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

     (   ) There are no material/factual inaccuracies therein.

     (   ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____      **Date**
    **Assistant U.S. Attorney**

### For the Defendant

(CHECK APPROPRIATE BOX)

     (   ) There are no material/factual inaccuracies therein.

     (X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

                                          3/23/05

_____     _____
**Defendant**     **Date**                 **Defense Counsel**     **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by March 21, 2006, to U.S. Probation Officer **Valencia Fletcher**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By: Richard A. Houck, Jr.
Chief United States Probation Officer

# FEDERAL PUBLIC DEFENDER

### DISTRICT OF COLUMBIA
### *SUITE 550*
### 625 INDIANA AVENUE, N.W.
### WASHINGTON, DC 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

October 17, 2005

**BY FACSIMILE**

Valencia Fletcher
United States Probation Officer
3rd and Constitution Avenue, N.W.
Washington, DC 20001

Re: **United States v. Samuel Davis**
**Criminal Number 05-279 (CKK)**

Dear Officer Fletcher:

Thank you for meeting with me yesterday so that I could review Mr. Davis's criminal history files. As we discussed, we are respectfully objecting to the criminal history points assessed in paragraph 18. Our objection is based on the fact that the offense described in paragraph 18 is not supported by a judgment and commitment or any other official court document. It therefore cannot count towards Mr. Davis's criminal history score. See United States v. Price, 409 F.3d 436, 443 (D.C. Cir. 2005) (listing as examples of sources that are not reliable for computing criminal history docket listings, arrest warrants, police reports and a prosecutor's proffer); see generally Shepard v. United States, 125 S. Ct. 1254 (2005) (in determining whether a previous conviction qualifies as a "violent felony" so as to trigger statutory enhancement, a court is "generally limited to examining the statutory definition, charging document, written plea agreement, transcript of plea colloquy, and any explicit factual finding by the trial judge to which the defendant assented").

Based on the above, Mr. Davis's criminal history category is category C and the appropriate sentencing range is 14-32 months in the "prison or short split" category.

Thank you for your consideration in this matter. Please feel free to call me to discuss any of the above.

Sincerely yours,

JONATHAN S. JEFFRESS
Assistant Federal Public Defender

cc:  Steve Wasserman, AUSA