DAVIS, Samuel W.                                                                 Page 18

**THE HONORABLE COLLEEN KOLLAR-KOTELLY, UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA     :    Docket No.: 05-279-01
                             :
            vs.              :
                             :
      Samuel W. Davis        :    Disclosure Date: March 6, 2006

**FILED**

APR 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSI) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.

    (X) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _3-13-06_____
    **Assistant U.S. Attorney**                          **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)
    ( ) There are no material/factual inaccuracies therein.

    ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.


_____          _____
**Defendant          Date**                          **Defense Counsel          Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by March 21, 2006, to U.S. Probation Officer **Valencia Fletcher**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(f)(2), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By: Richard A. Houck, Jr.
Chief United States Probation Officer

**DAVIS, Samuel W.**                                                    Page 19

Receipt and Acknowledgment

Paragraph 41 appears to be in error. Defendant is in Criminal History Category D and an offense Group of 8. This is a Guideline Range of 18-36 months, which is a "prison only" box. The PSR indicates that a short-split sentence is available. This appears to be an error.

Signed By: _____, AUSA
                  (Defense Counsel/AUSA)

Date: 3-13-06